[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEB 15, 2011
JOHN LEY
CLERK

No. 10-12439
Non-Argument Calendar
_____

D.C. Docket No. 1:08-cr-00356-WSD-ECS-26

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MARIO ESCUTIA-VASQUEZ,
a.k.a. "Lucas",
a.k.a. FNU LNU #10,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

(February 15, 2011)

Before TJOFLAT, MARTIN and KRAVITCH, Circuit Judges.

PER CURIAM:

Mary Erickson, appointed counsel for Mario Escutia-Vasquez in this direct criminal appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED**, and Escutia-Vasquez's convictions and sentences are **AFFIRMED.**